BESSIE MUTTERPERL, Respondent, v. ALICE M. WHITE and Others, Defend-

# 804    CASES REPORTED WITH BRIEF SYLLABI.

ants, Impleaded with LANCELOT M. BERKELEY, Appellant.— Order denying motion to vacate judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.